UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>25-mj-6749-PAB</u>

FILED BY_____SM_____D.C.

Dec 19, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES OF AMERICA

v.

CHRISTOPHER NICKERSON,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:  *Camille Smith*
Camille C.T. Smith
Assistant United States Attorney
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
FL Bar No.: 116927
Phone: (954) 660-5690
Fax: (954) 356-7336
Email: camille.smith@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

## UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED BY _____ SM _____ D.C.

Dec 19, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

| United States of America | ) | |
| v. | ) | |
| Christopher Nickerson | ) | Case No. 25-mj-6749-PAB |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 2024 - December 18, 2025___ in the county of ___Broward___ in the

___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Attempted receipt of child pornography |
| 18 U.S.C. § 2422(b) | Coercion and enticement of a minor to engage in sexual activity |
| 18 U.S.C. § 1470 | Transfer of obscene material to minors |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_K. Bonura_____
*Complainant's signature*

Kimberly Bonura, FBI
*Printed name and title*

Sworn to before me and signed on FACETIME.

Date: 12-19-2025

City and state: ___Fort Lauderdale, Florida___

_____
*Judge's signature*

HON. PANAYOTTA AUGUSTIN-BIRCH, MAGISTRATE JUDGE
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Kimberly Bonura, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since March 2018. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United States empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in Title 18, United States Code, Sections 1591, 2422, 2423, 2251, and 2252.

2.      I currently serve as part of the Child Exploitation and Human Trafficking Task Force in the FBI Miami Field Office. My duties include investigating crimes involving the sexual exploitation of minors, including sex trafficking, child pornography, and enticement violations. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations. I have also executed search warrants that have led to seizures of child pornography and undercover operations to recover juvenile victims of sex trafficking.

3.      I submit this Affidavit in support of a criminal complaint charging Christopher Nickerson ("NICKERSON"), with the following offenses: Title 18, United States Code, Section 2252(a)(2), attempted receipt of child pornography; Title 18, United States Code, Section 2422(b), coercion and enticement of a minor to engage in sexual activity; and Title 18, United States Code, Section 1470, transfer of obscene material to minors.

4.      The facts and information in this Affidavit come from my own personal observations, my training and experience, and information obtained from other law enforcement personnel, investigators, witnesses, and documents. This Affidavit does not include every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause.

## PROBABLE CAUSE

### Nickerson's Contact with OCE 1

6.      In or around November 2024, an FBI online undercover employee ("OCE 1"), acting as a purported 14-year-old girl, began chatting with a male named "Nick" on the Meet24 application.[1] "Nick" initiated the conversation by stating "Sexy young lady." Throughout the chat, "Nick" initiated conversations about sex, and would ask the purported 14-year-old about sexual activities. "Nick" asked the purported 14-year-old for pictures and sent photos of himself.

7.      The conversation between "Nick" and OCE 1 moved to Google chat. Nick's profile on Google displayed the name "Chris Nickerson," and used the email address monstrosity2015@gmail.com. An administrative subpoena issued to Google, revealed the following subscriber information:

Account ID: 417771089581
Name: Chris Nickerson
Email: monstrosity2015@gmail.com
Recovery Email: cnik3234@hotmail.com
Recovery SMS: x7150
Creation Date: February 6, 2015

---

[1]     Meet24 is a dating app designed to help people connect with singles in their area quickly and efficiently using location data. It enables users to send voice messages, share videos, exchange photos, and discover people nearby. The application is accessible on computers or on electronic devices.

8.      On or about November 14, 2024, NICKERSON told OCE 1 he lived with family. Open-source social media searches revealed NICKERSON's Facebook profile. The photos on his public profile matched the photos sent by NICKERSON throughout the chats with OCE 1. An administrative subpoena issued to Meta Platforms, Inc. (Facebook) revealed subscriber information for NICKERSON's Facebook account as follows:

Name: Chris Nickerson
Vanity Name: chris.nickerson.180
Registered Email Address: cnick3234@hotmail.com (Verified Primary),
chris.nickerson.180@facebook.com (Verified)
Phone Numbers: x7150 Cell Verified on 2017-11-19

9.      On or around November 21, 2024, OCE 1 stopped responding to NICKERSON. NICKERSON re-initiated contact with OCE 1 in or around March 2025. A snapshot of the conversations which took place on Google chats are below:

NICKERSON: I'd keep you warm (emoji)
OCE 1: Oh yeah? (emoji) how?
NICKERSON: Lol, sit you on my lap and wrap my arms around you
OCE 1: That would be nice. I love hugs
NICKERSON: I'd probably start getting hard and freak you out, lol
OCE 1: (emoji) I don't think u could freak me out
OCE 1: U won't freak out bc im 14 tho? :/
NICKERSON: Nah. I do think 8 inches might frighten you just a little, lmao

10.      NICKERSON discussed teaching OCE 1 about sex, to include how a guy is supposed to "lick and suck on your clit" and how to perform a "69." NICKERSON then sent a photo of a white male, naked, with his penis visible.

11.      On or about April 5, 2025, OCE 1 stopped responding to NICKERSON.

3

**Nickerson's Contact with OCE 2**

12.     On or about October 9, 2025, NICKERSON initiated contact with OCE 2, a purported 13-year-old girl on Meet24. The following conversation is the initial contact between NICKERSON and OCE 2:

NICKERSON: Beautiful young lady.
OCE 2: thankkkk uuuuu
NICKERSON: You're very welcome
NICKERSON: How are you?
OCE 2: goodddd bored din skoolll
NICKERSON: Yeah, me too
NICKERSON: You okay with older men?
OCE 2: yaaa…r u kk if im 13?
NICKERSON: yeah
NICKERSON: what would you like to do?
OCE 2: kk
NICKERSON: Anything you'd like to chat about?
OCE 2: wattevaaa
NICKERSON: Even sex? Lol

13.     On or about October 9, 2025, NICKERSON provided OCE 2 with his Google chat email, monstrosity2015@gmail.com.

14.     On or about October 14, 2025, NICKERSON asked OCE 2 to "[s]end a pic when you can." OCE 2 responded "Send meee oneee firsttt… w a kissy faceee. Gottt a newwww app.. want to surprise u w somethinnnn :)." NICKERSON responded by sending a photo of himself with pursed lips, making a kiss face.

15.     On or about October 19, 2025, NICKERSON asked OCE 2 "[w]anna see my penis? Lol (emoji)." OCE 2 stated, "It maksss me nervousss when y askkk… causeee lik u can do wattevaaaa u want.. if u think im readyyy (emoji) (emoji)." NICKERSON then sent a photo of a male penis with the text "soft" underneath it and a second photo of an erect penis with the text "hard" underneath it. In the second photo, the male has a cellular phone resting on his thigh.

4

16.     As of October 19, 2025, updated subscriber information for monstrosity2015@gmail.com located an IP address 76.11.129.39. The IP address came back to a Comcast account. An administrative subpoena issued to Comcast, revealed the following subscriber information:

Subscriber Name: Christopher Nickerson
Subscriber address: [Redacted for purposes of the Complaint]
Telephone Number: x7150
Email User ID: cnik32341

17.     On or about October 22, 2025, NICKERSON told OCE 2 "Lol. Maybe one day we'll lay in the same bed (emoji)." OCE 2 responded "That wulddd b sooo amazinggg." NICKERSON tells OCE 2 he does not usually work on weekends then asked "Any motels near you?"

18.     On the same date, NICKERSON sent a drawing from "SexPositions.Club" depicting an unclothed male lying beneath an unclothed female with his hand on her breast. OCE 2 asked, "Wat thattt??" NICKERSON responded, "You sitting on me while I'm feeling your boobs." OCE 2 said "Wowww (emoji) (emoji)" and "Doesss it feel gooddd??" NICKERSON told OCE 2, "Yep. You can take in as much as you want and have some control."

19.     On or about October 23, 2025, NICKERSON told OCE 2 "I wanna eat you (tongue emoji)." OCE 2 responded, "I thinkkk I would lik that." NICKERSON responded with a drawing of a naked female and a naked male with his mouth on her vagina. OCE 2 asked "Watsss that??" NICKERSON tells OCE 2, "That's me eating you."

20.     On or about October 24, 2025, NICKERSON asked OCE 2 to try to take another picture for him tonight in her "t-shirt and panties."

5

21.     On or about October 25, 2025, NICKERSON sent OCE 2 an animated picture of a naked female with a male's penis in her mouth. NICKERSON tells OCE 2, "That's you and me." NICKERSON continues the discussion, and then provides a visual depiction by sending OCE 2 a picture of a male penis after ejaculating "Old pic, but that's pretty much what it looks like."

22.     On or about October 26, 2025, NICKERSON sent OCE 2 an animated photo of a naked male on top of a naked female and stated "That's how we'd do it the first time to start" and "Then once it gets easier fir we try a different position", "One where I can go deeper inside you."

23.     On or about October 28, 2025, OCE 2 and NICKERSON discussed a potential meeting. OCE 2 asked, "[r] u reallyyy gonna comeee? I culd call u when u drive here it it too farrr (emoji)." NICKERSON responded, "I will come own sometime. I promise baby." On the same day OCE 2 asked, "U thinkkk u will comeee b4 I turn 14?" NICKERSON asked OCE 2, "You sure you're ready for me and my big dick (emoji)" and stated, "We'll find out."

24.     In earlier conversations, NICKERSON and OCE 2 discussed shaving pubic hair. On or about October 28, 2025, during a conversation with OCE 2, NICKERSON begins to provide directions on how OCE 2 should go about taking pictures of her vagina.

25.     A few hours later, NICKERSON asked OCE 2 if she was able to take the pictures. OCE 2 sent a file that did not open. NICKERSON sent a screenshot back to OCE 2 to show he did not receive the picture. NICKERSON then told OCE 2 to "[t]ake a screenshot on your phone and then send it… try that." NICKERSON stated he was still unable to see the photo.

26.     On or about November 14, 2025, NICKERSON told OCE 2, "I want to taste you (tongue emoji)." NICKERSON continued the conversation by sending a drawing of a male performing oral sex on a female. Similarly, on or about November 19, 2025, NICKERSON sent a cartoon drawing of a male performing oral sex on a female and stated, "[m]e tasting you." OCE 2

asked, "Is it gonna feel gooddd??" and NICKERSON replied, "Oh yeah… you won't want me to stop baby."

27.     On or about November 17, 2025, NICKERSON sent additional cartoon drawings of naked men and women in various sexual positions and stated, "I think you'll love doing different positions with me." He then tells the OCE 2 he hoped to see her in person "by the end of the year baby."

28.     On or about December 18, 2025, law enforcement executed search warrants on NICKERSON and his residence located in Sebastian, Florida. Law enforcement seized several devices in what was identified as NICKERSON's bedroom, to include an Android cell phone. Visible in the notifications was a text message from OCE 2. Upon opening the device, which was not password protected, law enforcement located the Google chats with OCE 2. Additional on-scene preview of the device identified pictures and videos of age-difficult girls in various states of dress. NICKERSON's Meet24 account was active and set to seeking women between 18-20 years old.

29.     NICKERSON waived his *Miranda* rights and was interviewed on-scene. NICKERSON confirmed his cell phone number ending in 7150, was the same number law enforcement received in the Google and Comcast returns. NICKERSON further confirmed both the cnick3234@hotmail.com and monstrosity2015@gmail.com email addresses as his, and confirmed he utilized dating apps called something like "Meet" and "Meet4U." NICKERSON admitted to his conversations with OCE 2, but stated it was "fantasy." NICKERSON admitted to engaging in sexual conversations with OCE 2 and sending photos of his penis or other penis pictures from the internet to OCE 2.

7

30. At all times during the communication with NICKERSON, OCE 2 was located in Broward County, Florida. Your Affiant is also stationed in Broward County, Florida. Accordingly, this investigation was transferred to the Fort Lauderdale Division.

## CONCLUSION

31. Based on the foregoing, your Affiant respectfully submits that there is probable cause to believe Christopher Nickson violated Title 18, United States Code, Section 2252(a)(2) (attempted receipt of child pornography), Title 18, United States Code, Section 2422(b) (coercion and enticement of a minor to engage in sexual activity), and Title 18, United States Code, Section 1470 (transfer of obscene material to minors).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

_____
KIMBERLY BONURA, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by Facetime, this 19th day of December 2025,
in Fort Lauderdale, Florida.

_____
HON. PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE

8

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER:  25-mj-6749-PAB

### BOND RECOMMENDATION

DEFENDANT: Christopher Nickerson

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (**Pre-Trial Detention**)

By: *Camille Smith*

AUSA:   Camille C.T. Smith

Last Known Address: 200 Turtle Run Drive Apt. 204

Sebastian, FL 32958

What Facility:   St. Lucie County Jail

900 N Rock Road, Fort Pierce, FL 34945

Agent(s):   Kimberly Bonura

(**FBI**)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (OTHER)